# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-663-305**

Effective date of registration:

February 4, 2013

---

### Title

- **Title of Work:** THE NECESSARY DEATH OF CHARLIE COUNTRYMAN
- **Nature of Work:** MOTION PICTURE

### Completion/Publication

- **Year of Completion:** 2013

### Author

- **Author:** COUNTRYMAN NEVADA, LLC
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Anonymous:** No
- **Pseudonymous:** No

### Copyright claimant

- **Copyright Claimant:** COUNTRYMAN NEVADA, LLC
  6422 DEEP DELL PLACE, LOS ANGELES, CA, 90068

### Limitation of copyright claim

- **Material excluded from this claim:** A SCREENPLAY
- **Previously registered:** Yes
- **Previous registration and year:** TXu 1-808-502   2012
- **New material included in claim:** ADDED PRINCIPAL PHOTOGRAPHY, MUSIC, SOUND AND VISUAL EFFECTS, DIALOGUE, ETC

### Certification

- **Name:** NICOLAS CHARTIER
- **Date:** January 23, 2013

Page 1 of 1

# EXHIBIT B

Case: 1:14-cv-00041 Document #: 1-1 Filed: 01/03/14 Page 4 of 4 PageID #:13

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 67.176.223.137 | 11/26/13 10:08:58 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Berwyn |
| 2 | 98.228.178.195 | 11/26/13 08:46:54 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Dekalb |
| 3 | 98.223.165.152 | 11/26/13 07:11:22 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Bloomingdale |
| 4 | 67.177.124.114 | 11/26/13 12:45:33 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Peotone |
| 5 | 68.57.246.176 | 11/25/13 11:04:08 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Hanover Park |
| 6 | 67.184.149.199 | 11/25/13 10:58:15 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Aurora |
| 7 | 71.201.248.157 | 11/25/13 03:37:05 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Aurora |
| 8 | 173.165.126.246 | 11/25/13 01:59:55 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Business | Illinois | Elmwood Park |
| 9 | 50.141.243.48 | 11/25/13 09:28:48 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Oswego |
| 10 | 98.227.218.200 | 11/25/13 07:07:03 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 11 | 24.1.235.147 | 11/25/13 06:42:09 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 12 | 50.178.167.178 | 11/25/13 06:32:18 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 13 | 71.57.84.254 | 11/25/13 05:15:34 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 14 | 24.12.56.25 | 11/25/13 05:00:31 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Alsip |
| 15 | 98.228.70.228 | 11/24/13 09:05:00 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 16 | 50.151.6.81 | 11/24/13 04:29:33 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 17 | 69.47.41.95 | 11/24/13 03:34:27 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | WideOpenWest | Illinois | Chicago |
| 18 | 24.15.219.135 | 11/24/13 03:29:53 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 19 | 71.194.121.187 | 11/24/13 08:00:40 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Palatine |
| 20 | 50.196.252.98 | 11/24/13 02:50:45 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | La Grange |
| 21 | 50.158.131.109 | 11/24/13 01:11:46 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Plainfield |
| 22 | 50.172.199.167 | 11/24/13 12:32:58 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Des Plaines |
| 23 | 24.13.196.44 | 11/23/13 04:14:08 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Vernon Hills |
| 24 | 50.151.5.244 | 11/23/13 06:20:24 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 25 | 76.16.68.159 | 11/22/13 11:40:41 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Highland Park |
| 26 | 67.175.209.121 | 11/22/13 09:15:00 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 27 | 173.9.250.70 | 11/22/13 08:17:58 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Business | Illinois | Des Plaines |
| 28 | 98.213.204.107 | 11/22/13 07:36:05 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Rockford |
| 29 | 50.158.118.16 | 11/22/13 09:15:13 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Buffalo Grove |
| 30 | 71.239.196.204 | 11/22/13 04:14:45 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Dolton |
| 31 | 50.172.145.229 | 11/22/13 02:33:56 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Villa Park |
| 32 | 69.47.252.123 | 11/22/13 01:14:30 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | WideOpenWest | Illinois | Chicago |
| 33 | 71.201.202.146 | 11/21/13 10:18:34 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Berwyn |
| 34 | 50.178.93.6 | 11/21/13 01:59:44 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Waukegan |