# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Countryman Nevada, LLC

                      Plaintiff,

v.                                         Case No.: 1:14–cv–00041
                                         Honorable Sara L. Ellis

Does 1–34

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2014:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 6/18/2014. Motion to quash [16] is denied as moot. Plaintiff to file brief regarding joinder by 7/3/2014. Status hearing set for 7/9/2014 at 9:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.